IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Ramone Stephon Jones, ) | C.A. No. 0:12-815-TLW-PJG | |
| ) | | |
| Petitioner, ) | | |
| ) | | |
| vs. ) | ORDER | |
| ) | | |
| Warden Atkinson, ) | | |
| ) | | |
| Respondent. ) | | |
| ) | | |

This action was filed by the petitioner, *pro se,* pursuant to 28 U.S.C. § 2241. (Doc. # 1). This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Paige J. Gossett, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In her Report, Magistrate Judge Gossett recommends that this § 2241 petition be dismissed without prejudice. The Report was filed on July 11, 2012. No Objections have been filed.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report accurately summarizes this case and the applicable law. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that

1

2

the Magistrate Judge's Report is **ACCEPTED** (Doc. # 13), and this petition is dismissed without prejudice.

    **IT IS SO ORDERED.**

                                      s/ Terry L. Wooten
                                      **TERRY L. WOOTEN**
                                      **UNITED STATES DISTRICT JUDGE**

August 27, 2012
Florence, South Carolina